**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ANDREW MESSICK, JR., husband,
AUDRONE MESSICK, wife,

    Plaintiffs,

v.                                            CASE NO. 2:09-CV-715-FtM-36DNF

LARRY G. HENDRICKS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on August 15, 2011 (Dkt. 28), recommending that the Court enter a default against Defendant Larry Hendricks for failing to comply with the orders of the Court. No party has filed an objection, and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Magistrate Judge directed Defendant to respond to orders and warned that his failure to comply could result in a default being entered against him (Dkts. 16, 24). Defendant failed to respond. Therefore, an entry of default is appropriate.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 28) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Clerk is directed to enter a default against Defendant Larry G. Hendricks.

**DONE AND ORDERED** at Ft. Myers, Florida, on September 1, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD AND UNREPRESENTED PARTY